November 22, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

TINA CHRISTINE MELVIN, Appellant

NO. 14-11-00939-CR                          V.

THE STATE OF TEXAS, Appellee
_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on September 8, 2011. Having considered the motion and found it meritorious, the Court orders the appeal **DISMISSED** in accordance with its opinion, that the appellant pay all costs expended in this appeal, and that this decision be certified below for observance.